United States District Court
Southern District of Texas
**ENTERED**
January 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARIN WHITE § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| VS. § | 4:19-cv-03244 |
| § | |
| ROYAL CUP, INC. § | |
| § | |
| Defendant. § | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is hereby ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice (Dkt. #14) filed January 22, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED. The Clerk is directed to CLOSE this civil action.

IT IS SO ORDERED.

SIGNED at Houston, Texas, this 23rd day of January, 2020.

ANDREW S. HANEN
UNITED STATED DISTRICT JUDGE

3468045